FILED
July 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:22-mj-00100-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| CESAR MAG RODRIGUEZ HERNANDEZ, | |
| Defendant. | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  CESAR MAG RODRIGUEZ HERNANDEZ , Case No.  2:22-mj-00100-DB  Charge 21 USC 846, 841(a)(1), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $   10,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other):  The defendant's release is delayed until Tuesday, July 12, 2022, at 9:00 AM.

Issued at Sacramento, California on July 11, 2022, at 3:25 PM.

By: /s/ Allison Claire

Magistrate Judge Allison Claire