WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
CESAR RODRIGUEZ HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR RODRIGUEZ HERNANDEZ,<br><br>Defendant. | Case No. 2:22-cr-00157-JAM<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

With the Court's permission, the defendant Cesar Rodriguez Hernandez requests, and the government does not oppose, that the release conditions imposed on Mr. Hernandez on July 11, 2022, be modified to remove the following conditions:

**You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer**

Pretrial Services Officer Daryl Walker is in support of this modification.  The United

States does not oppose this modification.

All other terms and conditions of Mr. Hernandez's pre-trial release shall remain in effect.

**IT IS SO STIPULATED.**

DATED: November 18, 2022                Respectfully submitted,

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA

Attorney for Defendant
CESAR RODRIGUEZ HERNANDEZ

DATED: November 18, 2022                PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  November 18, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

\*\*\*AMENDED\*\*\*

# SPECIAL CONDITIONS OF RELEASE

Re: Cesar Mag Rodriguez Hernandez
No.: 2:22-CR-157-JAM-2
Date: November 18, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency following your release from custody;

3. You must reside at a location approved by the Pretrial Services Officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the Pretrial Services Officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must submit to drug and/or alcohol testing as approved by the Pretrial Services Officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer;

10. You must not associate or have any contact with your **co-defendants in this case** unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

11. You must report any contact with law enforcement to your Pretrial Services Officer **within 24 hours**.